**IN THE UNTIED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. SARAH J. KOSECHEQUETAH, an individual, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 15-CV-344-GKF-TLW |
| | ) |
| 1. BURRITO CONCEPTS, LLC d/b/a QDOBA, a foreign limited liability company, | )<br>)<br>) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant To Rule41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, Sarah J. Kosechequetah and Burrito Concepts, LLC hereby stipulate that this lawsuit is dismissed with prejudice. Each party will bear its own attorney fees and costs.

Respectfully submitted,

_/s/Charles C. Vaught_
Charles C. Vaught, OBA #19962
ARMSTRONG & VAUGHT, P.L.C.
2727 E. 21st Street, Suite 505
Tulsa, OK 74114
Tel:    918/582-2500
Fax:    918/583-1755

ATTORNEY FOR SARAH J. KOSECHEQUETAH

_/s/Paula J. Quillin_
Paula J. Quillin, OBA #7368
Emily D. Jennings, OBA #31602
FRANDEN | FARRIS | QUILLIN
   GOODNIGHT + ROBERTS
William Center Tower II
2 West 2nd Street, Suite 900
Tulsa, Oklahoma  74103
Tel:    918/583-7129
Fax:    918/584-3814
ATTORNEY FOR BURRITO CONCEPTS, LLC d/b/a QDOBA